IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DEMETRIUS LAMAR LEE, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 7:12-cv-03855-WMA-TMP |
| HOLLAND, Chief, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On January 5, 2015, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. Demetrius Lamar Lee ("Petitioner") was given time to object to the Report and Recommendation. On January 12, 2015, Petitioner's copy of the Report and Recommendation was returned to the court marked "Return to Sender; Unable to Forward." (Doc. 14). Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be ADOPTED, and the recommendation ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be DISMISSED WITHOUT PREJUDICE.

DONE this 14th day of January, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE